# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on April 16, 2016, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Donald Allen** | Reg. No. 04231-017 |
| **Sandra Avery** | Reg. No. 48139-018 |
| **George Andre Axam** | Reg. No. 53189-019 |
| **Ray Bennett** | Reg. No. 12516-018 |
| **Wendell Edward Betancourt** | Reg. No. 04126-087 |
| **Anthony Bosley** | Reg. No. 11280-085 |
| **Ramona Brant** | Reg. No. 11205-058 |
| **Ivory Charles Brinson** | Reg. No. 74995-004 |
| **Carolyn Yvonne Butler** | Reg. No. 57740-080 |
| **Arnold Charles Cabarris** | Reg. No. 35103-083 |
| **Jimmy Lee Carter** | Reg. No. 39974-004 |
| **Herbert Lee Christopher, Jr.** | Reg. No. 07494-021 |
| **Jawariel Coffie,**<br>  aka Ginard Coffie | Reg. No. 15160-018 |
| **Michael Reese Coffman** | Reg. No. 06072-017 |
| **Oscar Cole, Jr.** | Reg. No. 25382-001 |
| **Alex Contreras** | Reg. No. 14378-006 |
| **Lelus Crawford** | Reg. No. 32809-044 |
| **Joe Nathan Darby** | Reg. No. 12698-171 |
| **Alphonso Davis** | Reg. No. 11978-058 |
| **William Ervin Dekle** | Reg. No. 04327-018 |
| **Dianne Demar,**<br>  aka Sharon Diane Harman<br>  Demar | Reg. No. 41010-019 |
| **Ernest R. Eads** | Reg. No. 06112-062 |
| **Reginald Gerard Ennis** | Reg. No. 08384-003 |
| **Pedro Figueroa** | Reg. No. 56594-066 |
| **Calvin C. Gillings** | Reg. No. 09245-424 |
| **Glenn D. Gold,**<br>  aka Glendale Gold | Reg. No. 01122-033 |
| **Alberto Gonzalez** | Reg. No. 56316-066 |
| **Doyle Grimes, Jr.** | Reg. No. 62834-004 |
| **Kenneth Hamlin, Jr.** | Reg. No. 06230-068 |
| **Lisa Harris** | Reg. No. 33883-018 |
| **Antorrian Adrionne Hawkins** | Reg. No. 31812-039 |
| **Eugene L. Haywood** | Reg. No. 12118-026 |
| **Jerome A. Jackson** | Reg. No. 17292-016 |
| **Gloria Louise James** | Reg. No. 11871-030 |

| Name | Reg. No. |
|---|---|
| Angie Jenkins | Reg. No. 61529-065 |
| Allen Johnson | Reg. No. 30204-018 |
| Javon Tyrone Johnson | Reg. No. 26224-039 |
| Mario Alonzo Johnson | Reg. No. 10841-097 |
| Tommy Lynn Johnson | Reg. No. 09678-078 |
| Sharanda Purlette Jones | Reg. No. 33177-077 |
| Ryan O'Neil Lansdowne | Reg. No. 44299-083 |
| Chad Robert Latham | Reg. No. 34699-086 |
| Jimmy Ewell Lee | Reg. No. 05947-017 |
| Carlos Lopez | Reg. No. 03010-049 |
| Terry Dennard McNeair | Reg. No. 18394-057 |
| Michael McRae, aka Clyde McRae, III | Reg. No. 19837-058 |
| Juan Fernando Mendoza-Cardenas | Reg. No. 54982-019 |
| Billy R. Mercer, Jr. | Reg. No. 11806-002 |
| Alphonso Ravon Morrison | Reg. No. 15139-058 |
| Matthew Murphy, III | Reg. No. 10263-112 |
| Eric L. Orington | Reg. No. 10399-026 |
| Lynette Owens | Reg. No. 34239-018 |
| David Padilla | Reg. No. 36515-066 |
| Lalanda Price | Reg. No. 11827-017 |
| Lamar Roberson | Reg. No. 07595-085 |
| Kenneth Cordell Robinson | Reg. No. 87578-079 |
| Felix Roman, Jr. | Reg. No. 55318-066 |
| Angel Sanchez | Reg. No. 59227-066 |
| Timothy Bernard Sanchious | Reg. No. 38782-083 |
| Michael Santoyo | Reg. No. 40609-053 |
| Wilbert L. Shoemaker | Reg. No. 11789-035 |
| Marcus Stovall | Reg. No. 40080-074 |
| Daron Benjamin Swygert | Reg. No. 96746-071 |
| Billie Marie Taylor | Reg. No. 03453-078 |
| Raymond Allen Thomas | Reg. No. 14735-006 |
| Bruce Lamar Thompson | Reg. No. 54404-019 |
| Keith Demond Thompson | Reg. No. 39479-039 |
| Otis Lee Thompson, Jr. | Reg. No. 38973-179 |
| Charles Lee Torian | Reg. No. 09274-084 |
| Maurice Junior Turpin | Reg. No. 10608-084 |
| Tommie Sand Tyree | Reg. No. 25774-001 |
| Alfonzo Samuel Wallace | Reg. No. 40362-004 |
| John Thomas Watters | Reg. No. 09753-062 |
| Monica Ann White | Reg. No. 12302-030 |
| Shelton L. Williams | Reg. No. 46230-079 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on December 18, 2016, leaving intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each of the following persons on one year of pre-release custody:

| | |
|---|---|
| **Jose Aviles** | Reg. No. 16136-018 |
| **Sherman Dionne Chester** | Reg. No. 16015-018 |
| **Eddie Lee Cooks** | Reg. No. 08212-035 |
| **Dewayne Crompton,** aka James L. Moore | Reg. No. 03502-090 |
| **Charles Frederick Cundiff** | Reg. No. 09400-017 |
| **Thomas Daniels** | Reg. No. 49116-066 |
| **Eric T. Downs** | Reg. No. 35915-060 |
| **Jimmy Lee Fields** | Reg. No. 17580-018 |
| **Donald Lee Gill** | Reg. No. 05505-032 |
| **Kevin McDonald** | Reg. No. 56258-019 |
| **Alton D. Mills** | Reg. No. 05452-424 |
| **Amador Rodriguez,** aka Amador Rodriguez-Ramos | Reg. No. 01164-069 |

I hereby further commute the total sentence of imprisonment imposed upon **Royal Deandre Allen**, Reg. No. 70241-079, to expire on April 16, 2016. I also remit the unpaid balance of the $17,500 fine imposed upon the said **Royal Deandre Allen**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Edward B. Betts**, Reg. No. 02124-025, to expire on April 16, 2016. I also commute the eight-year term of supervised release imposed upon the said **Edward B. Betts** to a term of two years of supervised release. I leave intact and in effect all conditions of the supervised release term and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Willie James Griffin, Jr.**, Reg. No. 04667-017, to expire on April 16, 2016. I also remit the unpaid balance of the $1,000 fine imposed upon the said **Willie James Griffin, Jr.** I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Glenn A. Harris**, Reg. No. 24053-056, to expire on April 16, 2016. I also remit the unpaid balance of the $2,100 restitution obligation imposed upon the said **Glenn A. Harris**. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Darnell Jamar Nash,** Reg. No. 04028-063, to expire on April 16, 2016. I also commute the 10-year term of supervised release imposed upon the said **Darnell Jamar Nash** to a term of three years of supervised release. I leave intact and in effect all conditions of the supervised release term and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **LaShawn D. Patton**, Reg. No. 06919-025, to expire on April 16, 2016. I also commute the eight-year term of supervised release imposed upon the said **LaShawn D. Patton** to a term of four years of supervised release. I leave intact and in effect all conditions of the supervised release term and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Donald Lamont Postell**, Reg. No. 07075-058, to expire on April 16, 2016. I also remit the unpaid balance of the $20,000 fine imposed upon the said **Donald Lamont Postell**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sent53399ence.

I hereby further commute the total sentence of imprisonment imposed upon **Eric Desmond Thomas**, Reg. No. 70222-079, to expire on April 16, 2016. I also remit the unpaid balance of the $20,000 fine imposed upon the said **Eric Desmond Thomas**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this 18th day of December in the year of our Lord Two thousand and fifteen and of the Independence of the United States the two hundred and fortieth.*

**BARACK OBAMA**
**President**