|  |  |  |  |
|---|---|---|---|
| **To:** | The Honorable Frank D. Whitney<br>Chief U.S. District Court Judge | **FILED**<br>**CHARLOTTE, NC** |  |
| **From:** | Artie R. Swinton<br>U.S. Probation Officer | APR 2 8 2017 | |
| **Subject:** | **Donald Lamont Postell**<br>Case Number: 0419 3:88CR00136-001<br>**OUT-OF-COUNTRY TRAVEL** | US District Court<br>Western District of NC | **NORTH CAROLINA WESTERN**<br>**MEMORANDUM** |
| **Date:** | 4/20/2017 | | |

---

This is in reference to the above named offender, convicted on February 1st, 1989 of Conspiracy to Possess with Intent to Distribute 5 kilograms of Cocaine and sentenced to Six Hundred (600) months imprisonment, followed by supervised release for a term of TEN (10) years. Special Assessment Fee: $50 (PIF) Fine: $20,000 (PIF). Additional Conditions: The defendant participate as directed in a program approved by the U.S. District Court for drug abuse treatment.

Mr. Postell is requesting permission to travel to Manila, Philippines on the following dates: May 13th, 2017 through June 5th 2017.

Mr. Postell indicates he would like to visit a friend that supported him during his 20+ year incarceration. Mr. Postell has provided travel information for his trip. He plans to lodge at the Antonio's Apartelle & Suites, located at New Era University Road, Aparente Street, Purok Malakas San Isidro, General Santos, 9500. The telephone number to the hotel is: +63833021851. Hotels.com Reservation Confirmation: #136223633875

Furthermore, Mr. Postell plans to travel via Japan Airlines #7327, #7009, #745, #742, #7010, and #7326. Flight Confirmation: FD-HDSZ1D9.

**DEPARTURE ITINERARY**
-Departs CLT May 13th @ 7:45am, Arrives Chicago-O'Hare May 13th @ 9:00am
-Departs Chicago May 13th @ 12:55pm, Arrives Tokyo-narita, JP May 14th @ 3:55pm
-Departs Tokyo-narita, JP May 14th @ 5:55pm, Arrives May 14th Manila, PH @ 9:35pm

**RETURN ITINERARY**
-Departs Manila, PH June 4th @ 2:25pm, Arrives Tokyo-narita, June 4th @ 7:55pm
-Departs Tokyo-narita, June 5th @ 5:55pm, Arrives Chicago-O'Hare, June 5th @ 4:00pm
-Departs Chicago O'Hare, June 5th @ 6:45pm, Arrives CLT, June 5th @ 9:46pm.

Mr. Postell has done well under supervision and has accomplished many of the goals he set for himself.

It should also be noted that during Mr. Postell's current term of supervised release, he remains gainfully employed as a local truck driver, and he continues to comply with all of the conditions of his supervision.

Also, in November 2016, Mr. Postell was invited by The Federal Bar Council Committee on Sentencing and Alternatives to Incarceration and The Honorable John Gleeson (Ret.), Former District Judge –EDNY, as a guest speaker on the topic of: ***President Obama's Clemency Initiative: Perspectives from the Released and their Advocates.***

Mr. Postell is very proud of his accomplishments and is requesting permission to travel as a result of his continued success.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-7607.

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: April 20, 2017

Frank D. Whitney
Chief United States District Judge