# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA

vs.    Crim. No. 0419 3:88CR00136

Donald Lamont Postell

On 4/15/2016, the above named was placed on Supervised Release for a period of Ten (10) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Donald Lamont Postell be discharged from supervision.

Respectfully submitted,

by s/ Artie Swinton
Artie Swinton
U.S. Probation Officer
200 South College Street
Charlotte, NC 28202-2005
704-350-7607

Approved By:
s/ Glynis Eaton
Glynis Eaton
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: January 8, 2019

Frank D. Whitney
Chief United States District Judge